JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>CORCINO & ASSOCIATES, a Nevada limited liability company; FRANK CORCINO, an individual; STANFORD HOSPITAL AND CLINICS, a California corporation; MULTI-SPECIALTY COLLECTION SERVICES, LLC a California limited liability company,<br><br>             Defendants. | Case No. CV13-3728 GAF (JCx)<br><br>JUDGMENT<br><br>Location: 255 East Temple Street<br>Los Angeles, CA 90012-3332<br>Courtroom: 740<br>Judge:    Hon. Gary A. Feess |

1

BY ITS ORDER dated October 7, 2013, the Court dismissed with prejudice Plaintiff Hartford Insurance Company's First Amended Complaint against Defendants Corcino & Associates, Frank Corcino and Stanford Hospital and Clinics, with said Order effectively rendering moot any further proceedings with respect to Defendant Multi-Specialty Collection Services, LLC.  Therefore, the Court hereby orders, adjudges and decrees as follows:

1) The above-captioned Action is dismissed as to all Defendants and in its entirety;

2) Plaintiff shall recover no relief of any nature from any of the Defendants;

3) Judgment shall be entered forthwith in favor of Defendants and against Hartford; and

4) The parties shall bear their own costs incurred to date in the above-captioned Action.

Dated: November 5, 2013

JS-6

The Honorable Gary A. Feess
United States District Court Judge